DeVinche ALBRITTON,
Plaintiff-Appellant,

v.

Edward WRIGHT, Warden of Lawrenceville Correctional Center; Mr. Morgan, Former Unit Manager of 30 building; Ms. Bacon, Former counselor of 30 building; Alice Crutchfield Wilmouth; Sgt. Graham, Former Sergeant of 30 building; Ms. Ramsey, Grievance Coordinator; Ms. Boone, Institutional Ombudsman; R. Woodson, Regional Director Office, Defendants-Appellees.

No. 15-8041

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2016

Decided: July 25, 2016

DeVinche Albritton, Appellant Pro Se. Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia; Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia; Kate Elizabeth Dwyre, U.S. PAROLE COMMISSION, Washington, D.C., for Appellees.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Albritton v. Wright, No. 2:12-cv-00233-AWA-LRL (E.D. Va. filed Dec. 4, 2015; entered Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED